<u>CIVIL CAUSE FOR ORDER TO SHOW CAUSE</u>

BEFORE JUDGE: <u>SPATT</u>    DATE: <u>June 27, 2012</u>  TIME: <u>9:17</u> (min)
DOCKET NUMBER: <u>CV-12-3160</u>

TITLE: <u>SCATURRO & FRIEDMAN v. SAVINETTI, et al.</u>

APPEARANCES: FOR PLAINTIFF: <u>James Ingoglia, Esq.</u>

FOR DEFENDANT: <u>Alpa Sanghvi, Esq. (For bd. Defts)</u>

<u>Robert Connolly, Esq. (For Deft Becker</u>

C/R Stephenie Picozzi

✓ CASE CALLED.

___ COUNSEL FOR ALL SIDES PRESENT

✓ COUNSEL FOR _____ NOT PRESENT ★

___ ORDER TO SHOW CAUSE HELD

✓ OTHER  Pltff submits a Notice of Voluntary dismissal to the Court. Court "So Orders" the Notice, Case is closed.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
JUN 27 2012 ★
LONG ISLAND OFFICE